

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-18-00325-CV

**IN THE INTEREST OF S.S. AND S.S., CHILDREN**,

From the County Court, Jim Wells County, Texas
Trial Court No. 16-08-56366-CV
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

    The appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to September 4, 2018.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court